JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JASON C. DODGE,

    Plaintiff,

v.

BNSF RAILWAY COMPANY,
a Delaware corporation and
Jeffrey D. Beck,
Ken Iverson,
Roland Hackney,
Gary Filcher, and
Doug Jones, Individually

    Defendant.

Case No. C09-5651JKA

STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been settled and should be dismissed with prejudice and without cost or fees to either party.

Dated: 6/28/2010

By: /s/ Karl Frisinger
Karl J. Frisinger, *admitted pro hac vice*
William G. Jungbauer, *admitted pro hac vice*
Don C. Aldrich, admitted pro hac vice
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371 Fax: (612) 333-3619
Attorneys for Plaintiff

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371



09-CV-05651-STIP

1
2  Dated: 6/28/2010                By: /s/ Tom Montgomery
                                   Tom Montgomery, WSBA 19998
                                   Jeremy Rogers, WSBA 36292
3                                  Montgomery Scarp MacDougall, PLLC
                                   1218 3rd Ave, Ste 2700
4                                  Seattle, WA  98101-3237

5  Dated: 6/28/2010                By: /s/ Richard Lentini
                                   Richard P. Lentini
6                                  Ryan, Swanson & Cleveland, PLLC
                                   1201 Third Avenue, Suite 3400
7                                  Seattle, WA 98101-3237

8

9                                  **ORDER**

10     Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause is

11  hereby dismissed with prejudice and without cost or fees to either party.

12

13     DATED this ___ day of _____, 2010.

14

15                                  _____
                                    J. Kelly Arnold, U.S. Magistrate Judge
16

17

...

Stip for Dismissal w/Proposed Order
Page 2

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

## CERTIFICATE OF SERVICE

I am over the age of 18; and not a party to this action. I am an employee of Yaeger, Jungbauer & Barczak, PLC, whose address is 745 Kasota Avenue, Minneapolis, MN 55414.

I hereby certify that a true and complete copy of the foregoing STIPULATION AND ORDER FOR DISMISSAL has been filed in the appropriate court and delivered via U. S. Mail to the following interested parties:

Tom Montgomery
Jeremy Rogers
Montgomery Scarp MacDougall, PLLC
1218 3rd Ave, Ste 2700
Seattle, WA 98101-3237

Richard P. Lentini
Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3237

I declare under penalty under the laws of the State of Minnesota that the foregoing information is true and correct.

DATED this 28th day of June, 2010, at Minneapolis, Minnesota.

_____
Julie Senska, Legal Assistant

Stip for Dismissal w/Proposed Order
Page 3

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371